IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RONALD L. DEITER<br>Debtor(s)<br><br>1494 Enders Road<br>Halifax, PA 17032<br><br>vs.<br><br>Social Security No last four digits 7497 | CHAPTER 13<br><br><br>NO. 1:24-bk-01637 HWV |

**DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

    The Debtor, pursuant to 11 U.S.C. § 1307(b), hereby elects to dismiss the above-captioned case. The Debtor is entitled to dismiss his case because:

1.     This case, filed on July 2, 2024, is a case under Chapter 13 of the Bankruptcy Code.

2.     This case has not been previously converted under section 706 or 1112 of the Bankruptcy Code.

                                         Respectfully submitted,

                                         /s/ Jerry A. Philpott
                                         Jerry A. Philpott, Esquire
                                         Supreme Court ID No. 47624
                                         Counsel for debtor
                                         227 N. High St., P.O. Box 116
                                         Duncannon, PA 17020

Dated: January 8, 2026