United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                      Case No. 24-01637-HWV

Ronald L Deiter                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                   User: AutoDocke                   Page 1 of 2
Date Rcvd: Jan 09, 2026              Form ID: pdf010                 Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald L Deiter, 1494 Enders Road, Halifax, PA 17032-9266 |
| 5629465 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2026 18:42:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2026 18:42:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5634610 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2026 18:42:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 5628146 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2026 18:42:00 | Chrysler Financial, PO Box 961275, Fort Worth, TX 76161-0275 |
| 5628147 | ^ | MEBN | Jan 09 2026 18:34:13 | Flagstar Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5650860 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 09 2026 18:41:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5707803 | ^ | MEBN | Jan 09 2026 18:34:24 | LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer, P.O. Box 1288, Buffalo, NY 14240-1288, LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer 14240-1288 |
| 5707802 | ^ | MEBN | Jan 09 2026 18:34:24 | LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5628148 | | Email/Text: unger@members1st.org | Jan 09 2026 18:42:00 | Member's First FCU, 500 Louise Drive, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5645370 | | Email/Text: Unger@Members1st.org | Jan 09 2026 18:42:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola PA 17025-2431 |
| 5628150 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 09 2026 18:42:19 | Secretary of Housing and Urban Deve, 451 Seventh Street SW, Washington, DC 20410-0001 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5628149 | ##+ | Members 1st FCU, P.O. Box 2104, Mechanicsburg, PA 17055-2104 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bret P Shaffer | on behalf of Creditor Members 1st Federal Credit Union bshaffer@ssbc-law.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jerry A. Philpott | on behalf of Debtor 1 Ronald L Deiter PhilpottJ@aol.com campbellsk57@aol.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Stephanie Walczak | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC swalczak@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Ronald L Deiter<br><br>Debtor 1 | Chapter: 13<br><br>Case No.: 1:24-bk-01637-HWV |

### ORDER

Upon consideration of the Motion to Dismiss filed by the Debtor, Doc. 55, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 9, 2026